IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01124-BNB

VINCENT E. LOGGINS,

    Plaintiff,

v.

RICK MATTOON (CMHIP) ATTOR.,
JOHN MUSSO,
DOCTOR ELISA (BALL) BALLARD,
DOCTOR SHARON ALLEN,
LINDA BRUCE-EURLASTE, LN,
LINDA DOTSON (FCBS),
PAULA YACONNI (FCBS), and
DOCTOR HOWARD FISHER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff Vincent E. Loggins is a patient at the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Loggins initiated this action by filing *pro se* a Prisoner Complaint. On June 1, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Loggins to file an amended Prisoner Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Loggins was warned that the action would be dismissed without further notice if he failed to file an amended Prisoner Complaint within thirty days.

Mr. Loggins has filed a number of documents in this action following entry of Magistrate Judge Boland's June 1 order, including three motions for joinder in which he apparently seeks to combine his claims in this action with one or two other actions he

has filed in this Court. However, he has failed to file an amended Prisoner Complaint within the time allowed. Furthermore, because it is not clear what claims are being asserted in this action, the motions for joinder will be denied. The action will be dismissed without prejudice for failure to file an amended Prisoner Complaint as directed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to file an amended Prisoner Complaint as directed. It is

FURTHER ORDERED that the pending motions for joinder (Docs. #14, 15, & 16) are denied.

DATED at Denver, Colorado, this  7th  day of  July , 2010.

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01124-BNB

Vincent E. Loggins
Prisoner No. 81868
CMHIP
1600 West 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk